## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ryan Sims, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Southwest Electronics, Inc., Southwest | ) | |
| Electronics Energy Corporation, and | ) | |
| John Does 1-25, | ) | Case No. 1:23-cv-034 |
| | ) | |
| Defendants. | ) | |

On February 2, 2024, the parties filed a Stipulated Amended/Scheduling Discovery Plan. (Doc. No. 27).  The court **ADOPTS** the parties' stipulation (Doc. No. 27) and amends the pretrial deadlines as follows:

1.     The parties shall have until July 12, 2024, tor complete fact discovery.

2.     The parties shall have until June 1, 2024, to file discovery motions.

3.     The parties shall provide the name(s) of expert witnesses and complete reports under Rule 26(a)(2) as follows: The deadline for the party who has the burden of proof in regard to an issue is May 3, 2024. The deadline for the parties to provide the names and reports of rebuttal experts shall be continued to June 21, 2024.

4.     Discovery depositions of expert witnesses shall be completed by August 31, 2024.

5.     Dispositive motions are due by June 29, 2024.

To ensure there is sufficient time for the briefing and consideration of any dispositive motions, the court shall continue the final pretrial conference set for September 3, 2024, and the jury trial set for September 16, 2024.  Accordingly, final pretrial conference shall be rescheduled for November 26,

2024, at 9:00 AM by telephone.  To participate in the conference, the parties shall call (877) 810-

9415 and enter access code 8992581.  The jury trial shall be rescheduled for December 9, 2024, at

9:30 AM in Bismarck before Judge Traynor (5 days).

**IT IS SO ORDERED.**

Dated this 5th day of February, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court