## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ryan Sims, | ) |
| | ) |
| Plaintiff, | )   **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| Southwest Electronics, Inc., Southwest Electronic Energy Corporation, and John Does 1-25, | ) ) ) |
| | )   Case No. 1:23-cv-034 |
| | ) |
| Defendants. | ) |

On October 8, 2025, the Parties filed a Stipulated Amended Scheduling/Discovery Plan. (Doc. No. 43). The court **ADOPTS** the Parties' stipulation (Doc. No. 43) and **AMENDS** the pretrial deadlines as follows:

1. The Parties' shall have until February 27, 2026, to depose non-expert witnesses.

2. The parties shall provide the name(s) of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. The deadline to disclose experts for the party with the burden of proof regarding an issue is April 10, 2026; and

    b. The deadline to disclose rebuttal experts is June 5, 2026.

3. The Parties shall have until July 24, 2026, to complete discovery depositions of expert witnesses.

4. Dispositive motions (e.g., summary judgment) are due by September 11, 2026.

The final pretrial conference on April 7, 2026, shall be rescheduled for March 9, 2027, at 9:00 AM by telephone before the magistrate judge. To participate, the Parties shall call (571) 353-2301 and

1

enter 292466149 followed by # when prompted for the "Call ID."  The jury trial on April 20, 2026, shall be rescheduled for March 22, 2027, at 9:30 AM in Bismarck (courtroom 1) before Judge Traynor.  A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 9th day of October, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
